NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
*Plaintiff-Appellant*

**v.**

**ROSENTHAL COLLINS GROUP, LLC, FUTUREPATH TRADING, LLC, TRADEHELM, INC.,**
*Defendants*

**TRADESTATION SECURITIES, INC., IBG LLC, INTERACTIVE BROKERS LLC, TRADESTATION GROUP, INC.,**
*Defendants-Appellees*

———————————

2016-2223

———————————

Appeal from the United States District Court for the Northern District of Illinois in Nos. 1:10-cv-00715, 1:10-cv-00716, 1:10-cv-00718, 1:10-cv-00720, 1:10-cv-00721, 1:10-cv-00726, 1:10-cv-00883, 1:10-cv-00884, 1:10-cv-00885, 1:10-cv-00929, 1:10-cv-00931, Judge Virginia M. Kendall.

———————————

**JUDGMENT**

———————————

LEIF R. SIGMOND, JR., McDonnell, Boehnen, Hulbert & Berghoff, LLP, Chicago, IL, argued for plaintiff-appellant. Also represented by MICHAEL DAVID GANNON, JENNIFER KURCZ, COLE BRADLEY RICHTER; STEVEN BORSAND, Trading Technologies International, Inc., Chicago, IL.

DAVID J. HEALEY, Fish & Richardson, PC, Houston, TX, argued for all defendants-appellees. Defendants-appellees Tradestation Securities, Inc., Tradestation Group, Inc. also represented by BAILEY KATHLEEN HARRIS; ADAM J. KESSEL, Boston, MA.

MICHAEL BRETT LEVIN, Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, for defendants-appellees IBG LLC, Interactive Brokers LLC. Also represented by NATALIE J. MORGAN, San Diego, CA; GIDEON A. SCHOR, New York, NY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and CLEVENGER, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 11, 2016 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |